## Shenandoah Suburban Bus Lines, Inc., Case.

Argued December 3, 1946. Before MAXEY, C. J., DREW, LINN, STERN, PATTERSON, STEARNE and JONES, JJ.

*H. Ray Pope, Jr.,* with him *Vincent P. McDevitt* and *James H. Duff,* Attorney General, for Pennsylvania Public Utility Commission, appellant.

*Frank A. Sinon,* with him *Paul H. Rhoads* and *Weiss, Rhoads & Sinon,* for Schuylkill Transit Company, intervening appellant.

*James H. Booser,* with him *McNees, Wallace & Nurick* and *Sterling G. McNees,* for Harry Gibson et al., intervening appellants.

*John M. Smith, Jr.,* with him *James J. Gallagher,* for Shenandoah Suburban Bus Lines, Inc., appellee.

*Barrett G. Tawresey,* with him *Daniel J. Ferguson,* for Shenandoah Borough Council et al., intervening appellees.

OPINION PER CURIAM, January 6, 1947:

Appeals dismissed and Order of the Commission reversed on the opinion of the Superior Court, reported in 158 Pa. Superior Ct. 638, 46 A.2d 26.